**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Darrell Jeffrey Dougall**                            CASE NO   **11-38138**
**Michele Francine Dougall**

CHAPTER   **7**

**1st** *AMENDED 7/26/2013*
**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Toyota Motor Credit<br>Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52408<br>70401263928660001 | **Describe Property Securing Debt:**<br>2010 Toyota Camry |

Property will be (check one):
☐ Surrendered        ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt        ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>ADT<br>Security Choice<br>1091 521 Corporate Center Drive<br>Fort Mill, SC 29707 | **Describe Leased Property:**<br>Residential Alarm Service | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>AT&T Uverse<br>PO BOX  5014<br>Carol Stream, IL 60197-5014 | **Describe Leased Property:**<br>Internet/Cable Residential Service | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Darrell Jeffrey Dougall**
**Michele Francine Dougall**

CASE NO   **11-38138**

CHAPTER   **7**

*AMENDED 7/26/2013*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | | |
|---|---|---|
| **Lessor's Name:** <br> T-Mobile <br> PO BOX 660252 <br> Dallas, Texas 75266-0252 | **Describe Leased Property:** <br> cell phones contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES  ☑          NO  ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date ___07/27/2013___

Signature ___/s/___
*Darrell Jeffrey Dougall*

Date ___07/27/2013___

Signature ___/s/___
*Michele Francine Dougall*